UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DERRICK L. MONTGOMERY,

    Plaintiff,                                  Case No. 3:25-cv-15

vs.

GALLANT LAW GROUP PC,          District Judge Michael J. Newman

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised by Magistrate Judge Silvain that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

June 30, 2025                                              s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge